Michael J. LaVelle – State Bar No. 002296
Matthew K. LaVelle – State Bar No. 018828
**LAVELLE & LAVELLE, PLC**
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016
mjl@LaVelle-LaVelle.com
matt@LaVelle-LaVelle.com
Telephone: (602) 279-2100
Facsimile: (602) 279-2114
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Greenwich Investment Management, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Harvest Gold Silica, Inc., et al.,<br><br>Defendants. | No. CV-21-01794-PHX-SMM<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Greenwich Investment Management, Inc. ("Plaintiff"), by its attorneys, hereby gives notice of its dismissal without prejudice of any and all claims asserted by Plaintiff against Defendants in the above-captioned civil action.

The Defendants have not served Plaintiff with an Answer nor have they filed a Motion for Summary Judgment in this action.

Dated this 18th day of January, 2022.

**LAVELLE & LAVELLE, PLC**

By: */s/ Michael J. LaVelle*
Michael J. LaVelle
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85016
*Attorneys for Plaintiff*