**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Greenwich Investment Management Incorporated,

Plaintiff,

v.

Harvest Gold Silica Incorporated, et al.,

Defendants.

No. CV-21-01794-PHX-SMM

**ORDER**

This matter is before the Court on the Notice of Voluntary Dismissal (Doc. 9), filed by Plaintiff on January 18, 2022. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice.

Accordingly,

**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 19th day of January, 2022.

Honorable Stephen M. McNamee
Senior United States District Judge